IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Robin Lee Legg, | C/A No.: 0:24-cv-04165-MGL |
| Plaintiff, | |
| vs. | **PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |
| Peterbilt of Atlanta, LLC and Timothy Earl Adams, | |
| Defendants. | |

Plaintiff, providing the information as required by Local Rule 26.01, states the following:

A. State the full name, address and telephone number of all persons or legal entities who may have subrogation interest in each claim and state the basis and extent of said interest.

    **ANSWER:** **Plaintiff is not aware of any subrogation interest involved in this case.**

B. As to each claim, state whether it should be tried jury or nonjury and why.

    **ANSWER:** **Plaintiff alleges that Defendant's tortious conduct caused her personal injury, and she demanded a jury trial in her Complaint. Therefore, this case should be tried by a jury.**

C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

    **ANSWER:** **Plaintiff is not a publicly owned company.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER: The Rock Hill Division is the appropriate division of this District.**

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: This action is not related to any other matter filed in this District.**

F. If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: Not applicable to Plaintiff.**

G. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER: Not applicable to Plaintiff.**

H. In an action which jurisdiction is based on diversity under 28 U.S.C. §1332(a), a party or intervenor must, unless the court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under §1332(a).

    **ANSWER:** **Plaintiff Robin Legg is a citizen of South Carolina.**

Respectfully submitted,

By: /s/ Robert F. Goings
Robert F. Goings (Fed. ID # 09838)
Morgan Y. Drapeau (Fed. ID # 13452)
Goings Law Firm, LLC
1510 Calhoun Street
Post Office Box 436 (29202)
Columbia, South Carolina 29201
Phone: (803) 350-9230
Fax:   (877) 789-6340
Email: rgoings@goingslawfirm.com
          mdrapeau@goingslawfirm.com
*Attorneys for Plaintiff*

August 1, 2024
Columbia, South Carolina